SUBT
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada  89102
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD MATHIS, INDIVIDUALLY, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JOE ROBINSON MATHIS a/k/a JOE R. MATHIS, AND AS TRUSTEE OF THE JOE ROBINSON MATHIS AND ELEANOR MARGHERITE MATHIS TRUST; JAMES MATHIS; AND ANTHONY MATHIS<br><br>       Plaintiffs,<br>vs.<br><br>COUNTY OF LYON, A POLITICAL SUBDIVISION OF THE STATE OF NEVADA; RICHARD GLOVER, AN INDIVIDUAL; DOES 1 THROUGH 20; AND ROES 1 THROUGH 20.<br><br>       Defendants, | CASE NO.: 2:07-CV-00628-KJD(GWF) |

_____/

## SUBSTITUTION OF ATTORNEY

COMES NOW Plaintiffs, named above, and hereby substitute and appoint CAL J. POTTER, III, ESQ. of POTTER LAW OFFICES  as their sole attorney in the above-entitled

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

action, in the place and stead of WILLIAM E. COOPER, ESQ., 601 E. Bridger Avenue, Las Vegas, Nevada 89101.

DATED this ___ day of May, 2011.

_____
RICHARD MATHIS

_____
JAMES MATHIS

_____
ANTHONY MATHIS

_____
RICHARD MATHIS, SPECIAL
ADMINISTRATOR OF THE ESTATE OF
JOE ROBINSON MATHIS AND AS TRUSTEE
OF THE JOE ROBINSON MATHIS AND
ELEANOR MARGHERITE MATHIS TRUST

I hereby agree to the above substitution this ___ day of May, 2011.

By _____
WILLIAM E. COOPER, ESQ.
Nevada Bar No. 002213
601 E. Bridger Ave.
Las Vegas, Nevada 89101

I hereby accept the above substitution this ___ day of May, 2011.

By _____
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
1125 Shadow Lane
Las Vegas, Nevada 89102

Submitted by:
POTTER LAW OFFICES

_____
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
1125 Shadow Lane
Las Vegas, Nevada 89102

action, in the place and stead of WILLIAM E. COOPER, ESQ., 601 E. Bridger Avenue, Las Vegas, Nevada 89101.

DATED this 18 day of May, 2011.

_____
RICHARD MATHIS

_____
JAMES MATHIS

_____
ANTHONY MATHIS

_____
RICHARD MATHIS, SPECIAL ADMINISTRATOR OF THE ESTATE OF JOE ROBINSON MATHIS AND AS TRUSTEE OF THE JOE ROBINSON MATHIS AND ELEANOR MARGHERITE MATHIS TRUST

I hereby agree to the above substitution this 26 day of May, 2011.

By _____
WILLIAM E. COOPER, ESQ.
Nevada Bar No. 00213
601 E. Bridger Ave.
Las Vegas, Nevada 89101

I hereby accept the above substitution this 25 day of May, 2011.

By _____
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
1125 Shadow Lane
Las Vegas, Nevada 89102

Submitted by:
POTTER LAW OFFICES

_____
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
1125 Shadow Lane
Las Vegas, Nevada 89102

action, in the place and stead of WILLIAM E. COOPER, ESQ., 601 E. Bridger Avenue, Las Vegas, Nevada 89101.

DATED this 17 day of May, 2011.

_____
RICHARD MATHIS

_____
JAMES MATHIS

*[signature: Tony C. Martin]*
_____
ANTHONY MATHIS

RICHARD MATHIS, SPECIAL
ADMINISTRATOR OF THE ESTATE OF
JOE ROBINSON MATHIS AND AS TRUSTEE
OF THE JOE ROBINSON MATHIS AND
ELEANOR MARGHERITE MATHIS TRUST

I hereby agree to the above substitution this 26 day of May, 2011.

By *[signature]*
WILLIAM E. COOPER, ESQ.
Nevada Bar No. 002213
601 E. Bridger Ave.
Las Vegas, Nevada 89101

I hereby accept the above substitution this ____ day of May, 2011.

By *[signature]*
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
1125 Shadow Lane
Las Vegas, Nevada 89102

Submitted by:
POTTER LAW OFFICES
*[signature]*
_____
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
1125 Shadow Lane
Las Vegas, Nevada 89102

**IT IS SO ORDERED.**

*[signature: George Foley Jr.]*
_____
**GEORGE FOLEY, JR.
United States Magistrate Judge
DATED:   May 27, 2011**

**CERTIFICATE OF MAILING**

Pursuant to FRCP 5(b), I certify that I am an employee of POTTER LAW OFFICES, and that, on this date, I deposited for mailing at Las Vegas, Nevada, a true copy of the **SUBSTITUTION OF ATTORNEY** addressed to:

>William Cooper, Esq.
>601 E. Bridger Ave.
>Las Vegas, Nevada 89101
>
>Keith Loomis, Esq.
>9468 Double R. Bouvelard, Suite A.
>Reno, Nevada 89521
>Attorney for Defendant, Richard Glover
>
>Brian M. Brown, Esq.
>6590 S. McCarran Boulevard, Suite B
>Reno, Nevada 89509
>Attorney for Defendant, Lyon County

DATED this ___ of May, 2011

_____
An employee of Potter Law Offices