# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD MATHIS, et al.,  )<br>       )<br>       Plaintiffs,  ) | Case No.  2:07-cv-00628-KJD-GWF |
| )<br>vs.  ) | **ORDER** |
| )<br>COUNTY OF LYON, et al.,  )<br>       )<br>       Defendants.  )<br>_____) | Motion to Withdraw as Counsel<br>of Record for Plaintiffs (#88) |

This matter comes before the Court on Potter Law Offices' Motion to Withdraw as Counsel of Record for Plaintiffs (#88), filed on September 8, 2011; Plaintiff Richard Mathis' Oppositions to Potter Law Offices' Motion to Withdraw (#89), filed on September 9, 2011;  Plaintiff James Mathis' Oppositions to Potter Law Offices' Motion to Withdraw (#90), filed on September 12, 2011; Plaintiff Anthony C. Mathis' Oppositions to Potter Law Offices' Motion to Withdraw (#91), filed on September 12, 2011; and Potter Law Offices' Reply to Plaintiffs' Oppositions (#93), filed on September 17, 2011. A hearing on this matter was held on September 19, 2011.  During the hearing, the Court orally granted the Motion to Withdraw (#88), this order follows.

Based on the pleadings and oral arguments presented, Attorney Cal Potter substantially established good cause for withdrawal.  Further, the Court finds Plaintiffs will not be prejudiced by granting this Motion at this point in the litigation as the Court granted the parties Stipulation and Order to Extend Discovery and Other Deadlines (#84), resulting in a discovery cut-off date of May 6, 2012. (*See* #97.) In granting the Motion to Withdraw, the Court will allow Plaintiffs reasonable time to retain new counsel in this matter. Accordingly,

. . .

**IT IS HEREBY ORDERED** that Potter Law Offices' Motion to Withdraw as Counsel of Record for Plaintiffs (#88) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiffs shall make a diligent effort to retain new counsel in this matter. A Status Conference is scheduled for **Monday, October 17, 2011, at 9:30 a.m.,** in Courtroom 3A. Upon the retention of new counsel and the subsequent filing of a Notice to Appear by such counsel, the above Status Conference will be vacated unless any party indicates to the Court that they wish the Status Conference to go forward.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiff Richard Mathis to the civil docket:

**Richard Mathis**
9773 Lost Colp Cir.
Las Vegas, NV 89117
T: (702) 804-8504

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Richard Mathis with a copy of this order at his last known address listed above.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiff Richard Mathis to the civil docket for service on Plaintiff James Mathis and Plaintiff Anthony Mathis.

**IT IS FURTHER ORDERED** that any discovery responses due prior to Defendants receiving Notice of Appearance from the newly retained counsel, shall be served on Plaintiff Richard Mathis at the above provided address.

DATED this 20th day of September, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge