# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD MATHIS, et al., | )<br>) |
| Plaintiffs, | ) Case No. 2:07-cv-00628-KJD-GWF |
| vs. | )<br>) **ORDER** |
| COUNTY OF LYON, et al., | )<br>) |
| Defendants. | )<br>) |

This matter is before the Court on the Plaintiff's Motion to Extend Discovery (#123), filed April 24, 2012, Plaintiff Richard Mathis' Joinder in Motion to Extend (#124), filed May 3, 2012, and Defendant Lyon County's Opposition to the Motion to Extend Discovery (#127), filed May 11, 2012. The Court conducted a hearing in this matter on May 14, 2012. After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

**IT IS ORDERED** Plaintiff's Motion to Extend Discovery (#123) is **granted, in part**. The Court will grant an additional 60 days to complete discovery. The following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **July 16, 2012**
2. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **June 13, 2012**
3. Last date to disclose rebuttal experts: **July 13, 2012**, if Defendant County of Lyon wants to retain a rebuttal expert. If Defendant County of Lyon designates a rebuttal expert, Plaintiff shall have 30 days from the disclosure to conduct a deposition.

. . .

4. Last date to file dispositive motions: **August 15, 2012**

5. Last date to file joint pretrial order: **September 14, 2012**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 14th day of May, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge