UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD MATHIS, et al., | ) | |
| Plaintiffs, | ) | Case No. 2:07-cv-00628-KJD-GWF |
| vs. | ) | **ORDER** |
| COUNTY OF LYON, et al., | ) | Motion to Extend Discovery (#142) |
| Defendants. | ) | |

This matter comes before the Court on Plaintiffs' Motion to Extend Discovery (#142), filed on July 3, 2012; Defendant's Opposition to Plaintiffs' Motion (#147), filed on July 12, 2012; and Plaintiffs' Reply (#151), filed on July 16, 2012. Plaintiffs request an additional 60 days to complete discovery. Plaintiffs state that good cause exists for the extension because Plaintiffs have retained new counsel and are diligently trying to complete discovery. Defendant opposes Plaintiffs' motion arguing that there have already been five discovery extensions in this case and no further extension is warranted.

Upon review, the Court finds good cause exists to grant a 60-day extension of the discovery deadline. The Court however cautions the parties to act diligently in completing all remaining discovery as no further extensions of time will be granted. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Extend Discovery (#142) is **granted**. The discovery deadline shall be extended until **September 14, 2012.**

DATED this 1st day of August, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge