UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD MATHIS, INDIVIDUALLY, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JOE ROBINSON MATHIS, *et. al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LYON, A POLITICAL SUBDIVISION OF THE STATE OF NEVADA; RICHARD GLOVER, AN INDIVIDUAL; *et. al.*,<br><br>Defendants. | Case No. 2:07-CV-00628-KJD-GWF<br><br>**ORDER**<br><br>Request of Keith Loomis for Exception from Attendance at Settlement Conference (#180) |

This matter comes before the Court on Defendant Richard Glover's co-counsel's Request for Exception from Attendance at Settlement Conference (#180), filed May 30, 2013.

Co-counsel Keith Loomis seeks an exception from the attendance requirement at the settlement conference scheduled for June 19, 2013 because he resides in Reno, Nevada. Mr. Loomis represents that Mr. Glover's co-counsel, Craig Anderson and Brian Hardy, reside in Las Vegas and can adequately represent Mr. Glover's interests at the settlement conference. Upon review and consideration, the Court finds that Mr. Loomis has shown good cause to be exempted from appearing at the settlement conference. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Request for Exception from Attendance at the Settlement Conference (#180) is **granted**.

DATED this 31st day of May, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge