1

2

3

4

5                          **UNITED STATES DISTRICT COURT**

6                                **DISTRICT OF NEVADA**

7

8    RICHARD MATHIS, INDIVIDUALLY,        )
     AS SPECIAL ADMINISTRATOR OF          )
9    THE ESTATE OF JOE ROBINSON           )
     MATHIS, *et al.*,                    )
10                                         )
                              Plaintiffs, )    Case No. 2:07-cv-00628-KJD-GWF
11                                         )
     vs.                                   )    **ORDER**
12                                         )
     COUNTY OF LYON, A POLITICAL          )    **Motion for Exemption From**
13   SUBDIVISION OF THE STATE OF          )    **Attendance at Settlement Conference**
     NEVADA; RICHARD GLOVER, AN           )    **- #182**
14   INDIVIDUAL, *et al.*,                )
                                          )
15                            Defendants. )
                                          )
16   _____)

17          This matter comes before the Court on Defendant Richard Glover's ("Defendant Glover")

18   Motion for Exemption from Attendance at the Settlement Conference (#182), filed on June 5, 2013.

19   Plaintiff Richard Mathis, individually and as Special Administrator of the Estate of Joe Robinson

20   Mathis, *et al.*, ("Plaintiffs") filed an Opposition (#183) on June 6, 2013.

21          On April 4, 2013, the Court ordered all counsel of record and parties to attend the

22   Settlement Conference scheduled for June 19, 2013. *See Order, Doc. #178, 1:13-17.*  Defendant

23   Glover seeks exemption because he resides in Central Point, Oregon and represents physical

24   attendance would cause him financial difficulty. Defendant Glover proposes to be available by

25   telephone for the duration of the Settlement Conference.  Plaintiffs note that James and Anthony

26   Mathis are traveling to the Settlement Conference from out of state despite financial hardship, and

27   represent that Defendant Glover maintains real property in Nevada.  Plaintiffs further note that

28   despite his claimed financial hardship, Defendant Glover has retained at least three attorneys to

represent his interests in this case.  The Court finds that Defendant Glover fails to establish

adequate hardship for exception to the attendance requirement. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Glover's Motion for Exemption from

Attendance at the Settlement Conference (#182) is **denied**.

DATED this 10th day of June, 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge

2