**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD MATHIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LION, et al., <br><br> Defendants. | Case No. 2:07-cv-00628-APG-GWF <br><br> **ORDER ON MOTIONS IN LIMINE** <br><br> (Dkt. Nos. 256, 263, 270, 272) |

The parties have filed four motions in limine, some with multiple sub-parts. (Dkt. Nos. 256, 263, 270, 272.) It appears from these motions that counsel have not conferred about the upcoming trial presentations. Some of these motions are premised upon an expectation about what the opposing party may offer at trial. For instance, the defendants write that "[i]t is anticipated that at the time of trial, the Plaintiffs will attempt to call Darlene Munroe to offer expert testimony . . . ." (Dkt. #256 at 3; *see also* Dkt. #270 at 3 ("The Defendants anticipate that at the time of trial the Plaintiffs will attempt to offer . . . .").) The plaintiffs similarly state that "it appears that Defendants will likely attempt to offer testimony . . . ." (Dkt. #263 at 2.) While I appreciate the possible intent to preview for me some potentially problematic evidentiary issues, counsel should confer first to determine whether these potential issues actually exist and can be narrowed or eliminated.

Therefore, the parties shall meet and confer to determine whether any of the issues covered by these motions will be disputed. By noon on Friday, October 16, 2015, the parties must file a certification that counsel conferred in good faith to resolve the issues in the various motions and identify for me which specific issues in the motions remain in dispute.

Dated: October 8, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE