**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
bhardy@maclaw.com
jbl@maclaw.com
Attorneys for Defendant Richard Glover

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD MATHIS, individually and as Special Administrator of the Estate of JOE ROBINSON MATHIS aka JOE R. MATHIS; and as Trustee of the JOE ROBINSON MATHIS AND ELEANOR MARGHERITE TRUST; JAMES MATHIS and ANTHONY MATHIS,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LYON, a political subdivision of the State of Nevada; RICHARD GLOVER, an individual; DOES 1 through 20; and ROES 1 through 20,<br><br>Defendants. | Case No.:   2:07-cv-00628-APG-GWF |

STIPULATION AND ORDER REGARDING PUNITIVE DAMAGES CLAIMS

Plaintiffs RICHARD MATHIS, individually and as Special Administrator of the Estate of JOE ROBINSON MATHIS aka JOE R. MATHIS; and as Trustee of the JOE ROBINSON MATHIS AND ELEANOR MARGHERITE MATHIS TRUST; JAMES MATHIS and ANTHONY MATHIS (collectively "Plaintiffs") and Defendants COUNTY OF LYON, a political subdivision of the State of Nevada ("Lyon County") and RICHARD GLOVER ("Glover" and collectively with Lyon County "Defendants") hereby stipulate and agree as follows:

1. NRS 41.035 explicitly prohibits exemplary or punitive damages claims against any employee of the State or its political subdivisions.  Therefore, Plaintiffs stipulate and agree that they will not seek punitive damages against Mr. Glover on any of Plaintiffs' claims based upon Nevada State Law.

2. Given the foregoing, Defendant Richard Glover' has agreed to withdraw his Second and Ninth Motions in Limine [#272]

IT IS SO STIPULATED.

DATED this 26th day of October, 2015.

DICKINSON WRIGHT PLLC

/s/ Justin J. Bustos
John P. Desmond, Esq.
Nevada Bar No. 5618
Brian R. Irvine
Nevada Bar No. 7758
Justin J. Bustos, Esq.
Nevada Bar No. 10320
100 West Liberty Street
Suite 940
Reno. NV 89501
*Attorneys for Plaintiffs*

DATED this 26th day of October, 2015.

/s/ Brian R. Hardy
Craig R. Anderson, Esq. (NV Bar #6882)
Brian R. Hardy, Esq. (NV Bar #10068)
Jonathan B. Lee, Esq. (NV Bar #13524)
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Defendant Richard Glover*

DATED this 26th day of October, 2015.

THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER

/s/ Brian M. Brown
Brian M. Brown, Esq.
State Bar No. 1597
Kevin A. Pick, Esq.
6590 S. McCarran, Suite B
Reno, Nevada 89509
*Attorneys for Defendant Lyon County*

**ORDER**

**IT IS SO ORDERED.**

DATED:  October 26, 2015.

_____
UNITED STATES DISTRICT JUDGE

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816