UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD MATHIS, et al.,

  Plaintiff(s),

vs.

2:07-cv-00628-APG-GWF

COUNTY OF LYON, et al.,

  Defendant(s).

This Court having ordered the jury impaneled in the above-entitled action to be kept together during period(s) of deliberation, now, therefore,

IT IS ORDERED that the meal for November 10, 2015 for said jury shall be paid by the Clerk of Court.

DATED this 10th day of November, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE