UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD MATHIS, *et al.*,

    Plaintiffs,

v.

COUNTY OF LYON, *et al.*,

    Defendants.

Case No. 2:07-cv-00628-APG-GWF

**ORDER ON DEFENDANT GLOVER'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**

(ECF No. 368)

On November 2, 2015 through November 10, 2015, a trial was held on this matter in which a jury found for the plaintiffs and against defendant Richard Glover. At the conclusion of the trial, Glover moved for judgment as a matter of law with respect to his qualified immunity defense, the trespass to chattels/conversion and trespass to land claims, and the issue of punitive damages. I denied those motions. Glover now renews those motions and seeks judgment as a matter of law. I deny these renewed motions in full.

With respect to Glover's arguments that he is entitled to qualified immunity, these arguments have been raised numerous times to me and to the Ninth Circuit. Each time it was determined that Glover is not entitled to qualified immunity. Glover again raised this argument at the close of trial, seeking judgment as a matter of law, and I denied that motion. ECF No. 363 at 203-204. I reaffirm that decision and again deny Glover's motion for judgment on his qualified immunity defense.

Similarly, at the close of trial Glover moved for judgment as a matter of law on the plaintiffs' trespass to chattels/conversion and trespass to land claims, as well as on the issue of punitive damages. I denied those motions. *Id.* at 202-203. I reaffirm that decision and again deny Glover's motion. Sufficient evidence was presented to support a verdict on the claims and to support a punitive damage award.

/ / /

1   IT IS THEREFORE ORDERED that defendant Richard Glover's renewed motion for judgment as a matter of law is **DENIED (ECF No. 368)**.

DATED this 27th day of June, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE