UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD MATHIS, *et al.*,

    Plaintiffs,

v.

COUNTY OF LYON, *et al.*,

    Defendants.

Case No. 2:07-cv-00628-APG-GWF

**ORDER GRANTING MOTION TO STAY EXECUTION OF JUDGMENT**

ECF No. 397

    Defendant Lyon County moves to stay execution on the judgment pending resolution of the parties' post-trial motions, including Lyon County's motion for a new trial, or to alter or amend the judgment. ECF No. 377. I temporarily grant a stay of execution on the judgment until resolution of the parties' post-trial motions. ECF No. 364, 365, 367, 368, 369, 370, 377

    IT IS THEREFORE ORDERED that defendant Lyon County's motion to stay execution on the judgment **(ECF No. 397) is GRANTED**.

    DATED this 26 day July, 2016.

                                                            _____
                                                             ANDREW P. GORDON
                                                            UNITED STATES DISTRICT JUDGE