UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD MATHIS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LYON, *et al.*, <br><br> Defendants. | Case No. 2:07-cv-00628-APG-GWF <br><br> **ORDER UNSEALING JURY NOTES** <br><br> ECF No. 350 |

During deliberations, the jury submitted a note with a question, and after consultation with the parties, I sent them a written response. ECF No. 350. The question and my response were sealed. Because there is no identifying or confidential information contained in the jury question or my response, I am now unsealing them.

IT IS THEREFORE ORDERED that the jury's question and my response **(ECF No. 350)** are **UNSEALED**.

DATED this 28th day July, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE