UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD MATHIS, *et al.*,

    Plaintiffs,

v.

COUNTY OF LYON, *et al.*,

    Defendants.

Case No. 2:07-cv-00628-APG-GWF

**AMENDED JUDGMENT**

On September 9, 2016, I entered an Order allowing the plaintiffs to elect whether to accept a remittitur of the emotional distress damages awarded on the 14th Amendment claims or opt for a new trial. ECF No. 402. The plaintiffs have elected to accept the remittitur. ECF No. 414. Accordingly, I enter this amended judgment.

IT IS ORDERED, ADJUDGED, AND DECREED that Judgment is hereby entered for plaintiffs Richard Mathis, individually and as Special Administrator of the Estate of Joe Robinson Mathis and as Trustee of the Joe Robinson Mathis and Eleanor Margherite Mathis Trust also known as Joe R. Mathis; James Mathis; and Anthony Mathis and against the defendants County of Lyon and Richard Glover as follows:

**Fourteenth Amendment Claim for Property Damages Against Richard Glover:**
Plaintiff Richard Mathis is awarded: $1,112.50.
Plaintiff James Mathis is awarded: $265.00.
Plaintiff Anthony Mathis is awarded: $145.50.
The Mathis Trust is awarded: $107,047.00.
**Total amount awarded to Plaintiffs on the Fourteenth Amendment Claim for Property Damages Against Richard Glover: $108,570.00. The awards of emotional distress damages for this 14th Amendment claim are addressed below.**

**Punitive Damages Awarded to Plaintiff Mathis Trust Against Richard Glover: $100,000.00.**
/ / / /
/ / / /
/ / / /
/ / / /

**Conversion Claim Against Richard Glover:**
Plaintiff Richard Mathis is awarded: Property: $1,112.50.
Plaintiff James Mathis is awarded: Property: $265.00.
Plaintiff Anthony Mathis is awarded: Property: $145.50.
The Mathis Trust is awarded: Property: $107,047.00.
**Total amount awarded to Plaintiffs on the Conversion Claim: $108,570.00.**

**Trespass to Chattels Claim Against Richard Glover:**
Plaintiff Richard Mathis is awarded: Property: $1,112.50.
Plaintiff James Mathis is awarded: Property: $265.00.
Plaintiff Anthony Mathis is awarded: Property: $145.50.
The Mathis Trust is awarded: Property: $107,047.00.
**Total amount awarded to Plaintiffs on the Trespass to Chattels Claim: $108,570.00.**

**Trespass to Land Claim Against Richard Glover:**
Plaintiff Richard Mathis is awarded: Property: $1,112.50.
Plaintiff James Mathis is awarded: Property: $265.00.
Plaintiff Anthony Mathis is awarded: Property: $145.50.
The Mathis Trust is awarded: Property: $107,047.00.
**Total amount awarded to Plaintiffs on the Trespass to Land Claim: $108,570.00.**

**Negligence Claim Against Richard Glover:**
Plaintiff Richard Mathis is awarded: Property: $1,112.50.
Plaintiff James Mathis is awarded: Property: $265.00.
Plaintiff Anthony Mathis is awarded: Property: $145.50.
The Mathis Trust is awarded: Property: $107,047.00.
**Total amount awarded to Plaintiffs on the Negligence Claim: $108,570.00.**

**Breach of Fiduciary Duty Claim Against Richard Glover:**
Plaintiff Richard Mathis is awarded: Property: $1,112.50.
Plaintiff James Mathis is awarded: Property: $265.00.
Plaintiff Anthony Mathis is awarded: Property: $145.50.
The Mathis Trust is awarded: Property: $107,047.00.
**Total amount awarded to Plaintiffs on the Breach of Fiduciary Duty Claim: $108,570.00.**

**Constructive Fraud Claim Against Richard Glover:**
Plaintiff Richard Mathis is awarded: Property: $1,112.50.
Plaintiff James Mathis is awarded: Property: $265.00.
Plaintiff Anthony Mathis is awarded: Property: $145.50.
The Mathis Trust is awarded: Property: $107,047.00.
**Total amount awarded to Plaintiffs on the Constructive Fraud Claim: $108,570.00.**

**Fourteenth Amendment Claim for Property Damages Against the County of Lyon:**
   Plaintiff Richard Mathis is awarded: $1,112.50.
   Plaintiff James Mathis is awarded: $265.00.
   Plaintiff Anthony Mathis is awarded: $145.50.
   The Mathis Trust is awarded: $107,047.00.
**Total amount awarded to Plaintiffs on the Fourteenth Amendment Claim for Property Damages Against the County of Lyon: $108,570.00.**

**Fourteenth Amendment Claim for Emotional Distress Damages Against Richard Glover and County of Lyon, Joint and Several:**
   Plaintiff Richard Mathis is awarded: $60,000.00.
   Plaintiff James Mathis is awarded: $60,000.00.
   Plaintiff Anthony Mathis is awarded: $60,000.00.
**Total amount awarded to Plaintiffs on the Fourteenth Amendment Claim for Emotional Distress Damages Against Richard Glover and County of Lyon, Joint and Several: $180,000.00.**

**Fourth Amendment Claim Against the County of Lyon:**
   Plaintiff Richard Mathis is awarded: Property: $1,112.50 and Emotional Distress: $270,000.00.
   Plaintiff James Mathis is awarded: Property: $265.00 and Emotional Distress: $270,000.00.
   Plaintiff Anthony Mathis is awarded: Property: $145.50 and Emotional Distress: $270,000.00.
   The Mathis Trust is awarded: Property: $107,047.00 and Emotional Distress: N/A.
**Total amount awarded to Plaintiffs on the Fourth Amendment Claim:**
   **Property: $108,570.00 and Emotional Distress: $810,000.00.**

**Total Amount awarded to each Plaintiff on all claims combined:**
   Plaintiff Richard Mathis is awarded: Property: $2,225.00 and Emotional Distress: $330,000.00 ($60,000 of which is joint and several).
   Plaintiff James Mathis is awarded: Property: $530.00 and Emotional Distress: $330,000.00 ($60,000 of which is joint and several).
   Plaintiff Anthony Mathis is awarded: Property: $291.00 and Emotional Distress: $330,000.00 ($60,000 of which is joint and several).
   The Mathis Trust is awarded: Property: $214,094.00 and Emotional Distress: N/A.
**Total amount awarded to all Plaintiffs on all claims combined:**
   **Property: $217,140.00 and Emotional Distress: $990,000.00.**

DATED this 12th day of October, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE