# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD MATHIS, et al., | ) | |
|       Plaintiff, | ) | Case No. 2:07-cv-00628-KJD-GWF |
| vs. | ) | **ORDER** |
| COUNTY OF LYON, et al., | ) | |
|       Defendants. | ) | |

This matter comes before the Court on Plaintiff James Mathis' Motion for Permission to File Electronically (ECF No. 417), filed on October 7, 2016. Plaintiff James Mathis requests permission to file all future pleadings electronically through the Court's CM/ECF filing system. The Court will allow Plaintiff to file future documents electronically only after Plaintiff has demonstrated a basic understanding and familiarity with the CM/ECF filing system. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff James Mathis' Motion for Permission to File Electronically (ECF No. 417) is **granted**. Plaintiff must comply with the following procedures in order to activate his CM/ECF account:

    a. On or before **November 14, 2016**, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

    b. Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

. . .

      c.      Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

      **IT IS FURTHER ORDERED** that this order is entered so that Mr. Mathis may now file a response to his counsel's Motion to Withdraw (ECF No. 413) if he wishes to do so, and to allow him to file documents if he hereafter proceeds in proper person. If Mr. Mathis retains new counsel, however, he may only file documents through his counsel.  .

      DATED this 13th day of October, 2016.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge

2