UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD MATHIS, *et al.*,

        Plaintiffs,

v.

COUNTY OF LYON, *et al.*,

        Defendants.

Case No. 2:07-cv-00628-APG-GWF

**ORDER DENYING MOTION TO DEFER RULING ON ATTORNEYS' FEES**

(ECF NO. 406, 445)

    Defendant Richard Glover's motion (ECF No. 406) requesting that I defer ruling on the plaintiffs' request for attorneys' fees and interest is DENIED. Glover's emergency motion (ECF No. 445) for an expedited decision on his motion to defer is DENIED AS MOOT.

    DATED this 14th day of November, 2016.

                                              ANDREW P. GORDON
                                              UNITED STATES DISTRICT JUDGE