# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Richard Mathis, et al.

                Plaintiffs,

V.

County of Lyon, et al.

                Defendants.

**JUDGMENT IN A CIVIL CASE FOR ATTORNEY FEES**

Case Number: 2:07-cv-00628-APG-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment has been entered as follows:

The plaintiffs are awarded a total of $1,131,089.50 in attorneys' fees. Of that amount, $1,078,983.50 is awarded joint and several against both defendants, and $52,106.00 is awarded against Glover only. The plaintiffs are also awarded $60,455.45 in costs against the defendants, jointly and severally.

April 19, 2017  
Date

/s/ Debra K. Kempi  
Clerk

/s/ Angela Reyes  
(By) Deputy Clerk