# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD MATHIS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LYON, *et al.*, <br><br> Defendants. | Case No. 2:07-cv-00628-APG-GWF <br><br> **ORDER GRANTING PREJUDGMENT INTEREST ON ATTORNEYS' FEES** <br><br> (ECF No. 443) |

I previously held that the plaintiffs[1] were entitled to prejudgment interest on their award of attorneys' fees. ECF No. 471. I invited them to file a supplemental brief recalculating that interest based upon the attorneys' fees I ultimately awarded. They did so. ECF No. 472. The revised calculation appears correct.

IT IS THEREFORE ORDERED that the plaintiffs are awarded interest in the amount of $280,882.00 on their attorneys' fees previously awarded against defendants Richard Glover and Lyon County, jointly and severally.

IT IS FURTHER ORDERED that the plaintiffs are awarded interest in the amount of $35,126.00 on their attorneys' fees previously awarded against defendant Richard Glover only.

DATED this 17th day of May, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] For purposes of this Order, "plaintiffs" refers to Richard Mathis, Anthony Mathis, and the Mathis Trust. Plaintiff James Mathis did not join in the related motion or file a similar motion. Therefore, this Order does not apply to James Mathis.