# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD MATHIS, *et al.*, | Case No. 2:07-cv-00628-APG-GWF |
| Plaintiffs, | |
| v. | **ORDER REGARDING STAY PENDING APPEAL** |
| COUNTY OF LYON, *et al.*, | (ECF No. 463) |
| Defendants. | |

Defendant Richard Glover moved for a stay of the plaintiffs' efforts to execute and collect upon their judgment without the need to post a supersedeas bond. ECF No. 405. After reviewing the briefs and supplements, I grant that motion.

"If an appeal is taken, the appellant may obtain a stay by supersedeas bond . . . ." Fed. R. Civ. P. 62(d). However, in appropriate circumstances a "district court may permit security other than a bond." *Townsend v. Holman Consulting Corp.*, 929 F.2d 1358, 1367 (9th Cir. 1990) (citation omitted). Glover has submitted two declarations of Wayne Carlson confirming that the Nevada Public Agency Insurance Pool (NPAIP) "will cover the entirety of the judgment entered against Glover in this case." ECF No. 473 at 8. *See also* ECF No. 463-2 (first Carlson Declaration). Those declarations offer sufficient proof that NPAIP will cover the entirety of the judgment amount entered against Glover. Thus, I stay the plaintiffs' execution efforts against Glover without the posting of a supersedeas bond. Execution upon the judgment is secured by payment from the NPAIP.

IT IS THEREFORE ORDERED that defendant Richard Glover's motion for stay pending appeal (ECF No. 405) is **GRANTED.**

DATED this 17th day of May, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE