# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICHARD MATHIS, *et al.*,

    Plaintiffs,

v.

COUNTY OF LYON, *et al.*,

    Defendants.

Case No. 2:07-cv-00628-APG-GWF

**SECOND AMENDED JUDGMENT**

On April 19, 2017, I entered an Order awarding the plaintiffs attorneys' fees and costs against the defendants. ECF No. 468. That same day, a Judgment on those fees was entered by the clerk of the court. ECF No. 469. On April 21, 2017, I entered an Order entitling the plaintiffs to prejudgment interest on a portion of their awards, including their awards of attorneys' fees. ECF No. 471. After reviewing supplemental briefs, I awarded the plaintiffs (1) interest in the amount of $280,882.00 on their attorneys' fees against defendants Richard Glover and Lyon County, jointly and severally, and (2) interest in the amount of $35,126.00 on their attorneys' fees against defendant Richard Glover only. ECF No. 478. Accordingly, I enter this Second Amended Judgment.

IT IS ORDERED, ADJUDGED, AND DECREED that Judgment is hereby entered for plaintiffs Richard Mathis, individually and as Special Administrator of the Estate of Joe Robinson Mathis and as Trustee of the Joe Robinson Mathis and Eleanor Margherite Mathis Trust also known as Joe R. Mathis; James Mathis; and Anthony Mathis and against the defendants County of Lyon and Richard Glover as follows:

**Fourteenth Amendment Claim for Property Damages Against Richard Glover:**
Plaintiff Richard Mathis is awarded: $1,112.50.
Plaintiff James Mathis is awarded: $265.00.
Plaintiff Anthony Mathis is awarded: $145.50.
The Mathis Trust is awarded: $107,047.00.

**Total amount awarded to Plaintiffs on the Fourteenth Amendment Claim for Property Damages Against Richard Glover: $108,570.00.** The awards of emotional distress damages for this Fourteenth Amendment claim are addressed below.

**Punitive Damages Awarded to Plaintiff Mathis Trust Against Richard Glover: $100,000.00.**

**Conversion Claim Against Richard Glover:**
Plaintiff Richard Mathis is awarded: Property: $1,112.50.
Plaintiff James Mathis is awarded: Property: $265.00.
Plaintiff Anthony Mathis is awarded: Property: $145.50.
The Mathis Trust is awarded: Property: $107,047.00.
**Total amount awarded to Plaintiffs on the Conversion Claim: $108,570.00.**

**Trespass to Chattels Claim Against Richard Glover:**
Plaintiff Richard Mathis is awarded: Property: $1,112.50.
Plaintiff James Mathis is awarded: Property: $265.00.
Plaintiff Anthony Mathis is awarded: Property: $145.50.
The Mathis Trust is awarded: Property: $107,047.00.
**Total amount awarded to Plaintiffs on the Trespass to Chattels Claim: $108,570.00.**

**Trespass to Land Claim Against Richard Glover:**
Plaintiff Richard Mathis is awarded: Property: $1,112.50.
Plaintiff James Mathis is awarded: Property: $265.00.
Plaintiff Anthony Mathis is awarded: Property: $145.50.
The Mathis Trust is awarded: Property: $107,047.00.
**Total amount awarded to Plaintiffs on the Trespass to Land Claim: $108,570.00.**

**Negligence Claim Against Richard Glover:**
Plaintiff Richard Mathis is awarded: Property: $1,112.50.
Plaintiff James Mathis is awarded: Property: $265.00.
Plaintiff Anthony Mathis is awarded: Property: $145.50.
The Mathis Trust is awarded: Property: $107,047.00.
**Total amount awarded to Plaintiffs on the Negligence Claim: $108,570.00.**

**Breach of Fiduciary Duty Claim Against Richard Glover:**
Plaintiff Richard Mathis is awarded: Property: $1,112.50.
Plaintiff James Mathis is awarded: Property: $265.00.
Plaintiff Anthony Mathis is awarded: Property: $145.50.
The Mathis Trust is awarded: Property: $107,047.00.

**Total amount awarded to Plaintiffs on the Breach of Fiduciary Duty Claim:** $108,570.00.

**Constructive Fraud Claim Against Richard Glover:**
Plaintiff Richard Mathis is awarded: Property: $1,112.50.
Plaintiff James Mathis is awarded: Property: $265.00.
Plaintiff Anthony Mathis is awarded: Property: $145.50.
The Mathis Trust is awarded: Property: $107,047.00.
**Total amount awarded to Plaintiffs on the Constructive Fraud Claim: $108,570.00.**

**Fourteenth Amendment Claim for Property Damages Against the County of Lyon:**
Plaintiff Richard Mathis is awarded: $1,112.50.
Plaintiff James Mathis is awarded: $265.00.
Plaintiff Anthony Mathis is awarded: $145.50.
The Mathis Trust is awarded: $107,047.00.
**Total amount awarded to Plaintiffs on the Fourteenth Amendment Claim for Property Damages Against the County of Lyon: $108,570.00.**

**Fourteenth Amendment Claim for Emotional Distress Damages Against Richard Glover and County of Lyon, Joint and Several:**
Plaintiff Richard Mathis is awarded: $60,000.00.
Plaintiff James Mathis is awarded: $60,000.00.
Plaintiff Anthony Mathis is awarded: $60,000.00.
**Total amount awarded to Plaintiffs on the Fourteenth Amendment Claim for Emotional Distress Damages Against Richard Glover and County of Lyon, Joint and Several: $180,000.00.**

**Fourth Amendment Claim Against the County of Lyon:**
Plaintiff Richard Mathis is awarded: Property: $1,112.50 and Emotional Distress: $270,000.00.
Plaintiff James Mathis is awarded: Property: $265.00 and Emotional Distress: $270,000.00.
Plaintiff Anthony Mathis is awarded: Property: $145.50 and Emotional Distress: $270,000.00.
The Mathis Trust is awarded: Property: $107,047.00 and Emotional Distress: N/A.
**Total amount awarded to Plaintiffs on the Fourth Amendment Claim:**
**Property: $108,570.00 and Emotional Distress: $810,000.00.**

**Total Amount awarded to each Plaintiff on all claims combined:**
Plaintiff Richard Mathis is awarded: Property: $2,225.00 and Emotional Distress: $330,000.00 ($60,000 of which is joint and several).

Plaintiff James Mathis is awarded: Property: $530.00 and Emotional Distress: $330,000.00 ($60,000 of which is joint and several).
Plaintiff Anthony Mathis is awarded: Property: $291.00 and Emotional Distress: $330,000.00 ($60,000 of which is joint and several).
The Mathis Trust is awarded: Property: $214,094.00 and Emotional Distress: N/A.
**Total amount awarded to all Plaintiffs on all claims combined:**
**Property: $217,140.00 and Emotional Distress: $990,000.00.**

**Prejudgment Interest on Property Damages Awards:**
Plaintiff Richard Mathis is awarded interest on his property damages awards: $2,361.00.
Plaintiff Anthony Mathis is awarded: $309.00
The Mathis Trust is awarded: Property: $233,990.00

**Attorneys' Fees Awarded Against Richard Glover and County of Lyon, Joint and Several: $1,078,983.50.**
**Interest on Attorneys' Fees Against Richard Glover and County of Lyon, Joint and Several: $280,882.**
**Total Fees and Interest Against Richard Glover and County of Lyon, Joint and Several: $1,359,865.50**

**Attorneys' Fees Awarded Against Richard Glover only: $52,106.00.**
**Interest on Attorneys' Fees Against Richard Glover only: $35,126.00.**
**Total Fees and Interest Against Richard Glover only: $87,232.00**

DATED this 17th day of May, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE