UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD MATHIS, *et al.*,

    Plaintiffs,

v.

COUNTY OF LYON, *et al.*,

    Defendants.

Case No. 2:07-cv-00628-APG-GWF

**ORDER REGARDING STAY PENDING APPEAL**

(ECF No. 489)

    Defendant Lyon County moved for a stay of the plaintiffs' efforts to execute and collect upon their judgment without the need to post a supersedeas bond. ECF No. 489. I allowed the County to file a supplement with documentation guaranteeing payment of the judgment. ECF No. 496. Lyon County filed that supplement (ECF No. 497) and I now grant that motion.

    "If an appeal is taken, the appellant may obtain a stay by supersedeas bond . . . ." Fed. R. Civ. P. 62(d). However, in appropriate circumstances a "district court may permit security other than a bond." *Townsend v. Holman Consulting Corp.*, 929 F.2d 1358, 1367 (9th Cir. 1990) (citation omitted). Lyon County has submitted a declaration of Wayne Carlson confirming that the Nevada Public Agency Insurance Pool (NPAIP) "will cover the entirety of the judgment entered against Lyon County in this case . . . ." ECF No. 497-1 at 6. That is sufficient proof that the judgment amount will be paid. Thus, I stay the plaintiffs' execution efforts against Lyon County without the posting of a supersedeas bond. The judgment is secured by payment from the NPAIP.

    IT IS THEREFORE ORDERED that defendant Lyon County's motion for stay of execution **(ECF No. 489) is GRANTED.**

    DATED this 4th day of August, 2017.

                                             ANDREW P. GORDON
                                             UNITED STATES DISTRICT JUDGE