# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICHARD MATHIS, et al.,

    Plaintiffs,

vs.

COUNTY OF LYON, et al.,

    Defendants.

Case No. 2:07-cv-00628-APG-GWF

**ORDER**

This matter is before the Court on Defendant County of Lyon's Motion to Withdraw (ECF No. 499), filed on August 11, 2017.

Counsel for Defendant represents that Kevin A. Pick, Esq. is longer employed by the law firm of Thorndal Armstrong Delk Balkenbush & Eisinger. Therefore, counsel requests that he be removed as attorney of record for Defendant County of Lyon. Counsel also indicates that Defendant will continue to be represented by Brian Brown, Esq. The Court finds that counsel has provided good cause to justify granting the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Leave to Withdraw (ECF No. 499) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Kevin A. Pick, Esq. from the CM/ECF service list in this case.

DATED this 14th day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge