# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD MATHIS, et al., | Case No.: 2:07-cv-00628-APG-GWF |
| Plaintiffs | **Order Vacating Hearing and Denying Pending Motions as Moot** |
| v. | [ECF Nos. 508, 509] |
| COUNTY OF LYON, et al., | |
| Defendants | |

Based on the parties' Joint Notice (ECF No. 515), the hearing scheduled for Friday April 19, 2019 at 11:00 a.m. is vacated. The pending motions **(ECF Nos. 508, 509) are denied as moot**.

DATED this 10th day of April, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE